

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Marissa Ann Flowers, Appellant | Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28135). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. |
| No. 06-19-00043-CR        v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect the appellant pled true to the revocation motion.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Marissa Ann Flowers, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 11, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk